UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-2
FEBRUARY 7, 2017 SESSION

FILED
FEB - 7 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.      CRIMINAL NO. 2:17-20
        18 U.S.C. § 924(a)(1)(A)
        18 U.S.C. § 922(g)(9)
        18 U.S.C. § 924(a)(2)

WILLIAM RONALD PULLIAM

# I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

1. At all relevant times, Gander Mountain was located in Charleston, Kanawha County, West Virginia, and was a licensed dealer of firearms, as defined in 18 U.S.C. § 921(a)(11).

2. On or about July 30, 2016, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM RONALD PULLIAM did knowingly make a false statement and representation with respect to the information required by Chapter 44, Title, United States Code, to be kept in the records of Gander Mountain, that is, defendant, WILLIAM RONALD PULLIAM stated and represented on a Department of Treasury ATF Form 4473 that he had never been convicted in any court of a

misdemeanor crime of domestic violence when, in fact, he was convicted on or about June 13, 2013, of domestic battery in the Magistrate Court of Kanawha County, West Virginia.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

1. On or about August 7, 2016, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM RONALD PULLIAM knowingly possessed a firearm, that is, a Ruger, model LCP, .380 caliber semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant WILLIAM RONALD PULLIAM possessed the aforesaid firearm, he had been convicted of a misdemeanor crime of domestic violence as defined in 18 U.S.C. § 921(a)(33)(A), that is, convicted on or about June 13, 2013, in the Magistrate Court of Kanawha County, West Virginia of domestic battery in violation of W.Va. Code 61-2-28(a).

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).


CAROL A. CASTO
United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney